CHARLES S. PAINTER (SBN 89045)
REGINALD A. DUNN (SBN 192632)
ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.
100 Howe Avenue, Suite 110 South
Sacramento, CA  (95825-8201)
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendants THOUSAND TRAILS MANAGEMENT SERVICES, INCORPORATED, a Nevada Corporation; and NATIONAL AMERICAN CORPORATION LP, a Delaware limited partnership

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CYRUS TOURKAKIS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THOUSAND TRAILS MANAGEMENT SERVICES INCORPORATED, a Nevada Corporation; NATIONAL AMERICAN CORPORATION LP, a business entity of unknown form; YOSEMITE LAKES RESORT, a business entity of unknown form; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | NO.  2:07-CV-00764-MCE-GGH<br><br>SECOND STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND PROPOSED ORDER THEREON |

　　　COME NOW, Rachel M. Pusey, of the Dolan Law Firm, attorney for plaintiff TIMOTHY CYRUS TOURKAKIS, and Charles S. Painter of the law firm of Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, attorney for the defendants THOUSAND TRAILS MANAGEMENT SERVICES, INCORPORATED, a Nevada Corporation; and NATIONAL AMERICAN CORPORATION LP, a Delaware limited partnership, and stipulate per UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA Local Rule 6-144(a) to extend the time for Defendants, THOUSAND TRAILS MANAGEMENT SERVICES, INCORPORATED, a Nevada Corporation;

and NATIONAL AMERICAN CORPORATION LP, a Delaware limited partnership, to respond to the Complaint of Plaintiff, TIMOTHY CYRUS TOURKAKIS.

IT IS HEREBY STIPULATED that defendants may have up to May 29, 2007, to file responsive pleadings. One prior extension of time has been requested or granted.

DATED: May 10, 2007

THE DOLAN LAW FIRM

s/Rachel M. Pusey
(admission to the Eastern District pending; petition submitted 4/27/07)

By: _____
RACHEL M. PUSEY
Attorneys for Plaintiff, TIMOTHY CYRUS TOURKAKIS

DATED: May 10, 2007

ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.

s/ Charles S. Painter

By: _____
CHARLES S. PAINTER
Attorneys for Defendants THOUSAND TRAILS MANAGEMENT SERVICES, INCORPORATED, a Nevada Corporation; and NATIONAL AMERICAN CORPORATION LP, a Delaware limited partnership

**ORDER**

IT IS SO ORDERED.

Dated: May 17, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE