UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TIMOTHY CYRUS TOURKAKIS,

    Plaintiff,

    v.

THOUSAND TRAILS MANAGEMENT-
SERVICES INCORPORATED, a
Nevada Corporation; NATIONAL
AMERICAN CORPORATION LP, a
business entity of unknown
form; YOSEMITE LAKES RESORT,
a business entity of unknown
form; and DOES 1 through 50,

    Defendant.

No. 2:07-cv-00764-MCE-GGH

ORDER

1:07 - CV - 0 7 4 8 LJO DLB

----ooOoo----

The Complaint in this matter is brought on behalf of Plaintiff Timothy Cyrus Tourkakis, a resident of Tuolumne County, California. (Compl., ¶ 1). Plaintiff makes various claims in connection with his employment as Preserve Manager for camping grounds operated by Defendants in Groveland, California. Groveland is located within Tuolumne County, and according to Plaintiff's Complaint all relevant actions occurred in Tuolumne County, where Defendants were doing business. (Id. at ¶ 8).

1  Tuolumne County is part of the Fresno Division of the United
2  States Court for the Eastern District of California.  See Local
3  Rule 3-120(b).  This action was originally brought in Tuolumne
4  County.  On April 20, 2007, Defendants removed the matter to the
5  Sacramento Division of this court, alleging diversity of
6  citizenship pursuant to 28 U.S.C. § 1332.

7      Pursuant to Local Rule 3-120(f), any civil action which has
8  not been commenced in the proper court may, on the court's own
9  motion, be transferred to the proper court.  The instant case was
10 improperly removed to Sacramento, rather than Fresno.  Therefore
11 this action will be transferred to the Fresno Division of the
12 court.

13     IT IS SO ORDERED.

14 Dated: May 22, 2007

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE